UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING TO BE BROUGHT TO COURT IN PERSON OR BY TELEPHONE<br><br>[ECF No. 14] |

　　　　Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 8, 2013, Plaintiff filed a motion request to be brought in person or by telephone due to medical complications.

　　　　Plaintiff's motion must be denied. As an initial matter, Plaintiff is advised that there is no deadline or hearing currently pending before the Court for which Plaintiff is required to appear in person or by telephone. Further, pursuant to Local Rule 230(l), "[a]ll motions, except motions to dismiss for lack of prosecution [not relevant here], filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless

1

otherwise ordered by the Court." Accordingly, Plaintiff's motion to appear in person by telephone is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **November 27, 2013**

UNITED STATES MAGISTRATE JUDGE