UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants | CASE NO. 1:13-CV-246 AWI SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. Nos. 15, 16, 18) |

　　　　Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 8, 2013 and July 10, 2013, Plaintiff filed two motions that in essence seek a preliminary injunction.  See Doc. Nos. 15, 16.

　　　　The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 27, 2013, the Magistrate Judge filed a Findings and Recommendations (F&&R) that recommended denying Plaintiff's motions.  See Doc. No. 18. The F&R, which was served on Plaintiff, contained notice that Objections to the F&R were to be filed within thirty days.  No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 27, 2013, (Doc. No. 18) is adopted in full; and

2. Plaintiff's motions for a temporary restraining order and preliminary injunction (Doc. Nos. 15, 16) are DENIED.

IT IS SO ORDERED.

Dated:   March 5, 2014

SENIOR  DISTRICT  JUDGE

2