# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>[ECF Nos. 38, 39] |

　　　　Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 5, 2014, Plaintiff filed a motion for extension of time. (ECF No. 38.) A verbatim copy of the motion was again filed on May 7, 2014. (ECF No. 39.)

　　　　Plaintiff requests an extension of time to respond to all court orders. Plaintiff is advised that there are currently no deadlines pending for which a response is due by Plaintiff. Accordingly, Plaintiff's motion for an extension of time is DENIED as unnecessary.

IT IS SO ORDERED.

　　Dated:　**May 8, 2014**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1