UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT LODGED ON APRIL 7, 2014<br><br>[ECF No. 33] |

　　Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On April 7, 2014, Plaintiff filed a motion to amend, along with an amended complaint which was lodged by the Court. In a separate but concurrently issued order, the Court has issued a recommendation to grant in part and deny in part Plaintiff's motion to amend. Accordingly, the Clerk of Court is directed to file the amended complaint lodged on April 7, 2014. (ECF No. 33.)

IT IS SO ORDERED.

　Dated:　**June 6, 2014**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1