1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   BRADY K. ARMSTRONG,                    )  Case No.: 1:13-cv-00246-AWI-SAB (PC)
                                            )
12            Plaintiff,                    )  ORDER ADOPTING FINDINGS AND
                                            )  RECOMMENDATIONS, DENYING
13       v.                                 )  PLAINTIFF'S MOTION FOR
                                            )  RECONSIDERATION AND/OR
14   M.E. SPEARMAN, et al.,                 )  PRELIMINARY INJUNCTION
                                            )
15            Defendants.                   )  [ECF Nos. 45, 46]
                                            )
16   _____       )

17          Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights

18   action pursuant to 42 U.S.C. § 1983.

19          On June 16, 2014, Plaintiff filed a motion for reconsideration of the Court's May 9, 2014,

20   order denying his request for an extension of time as unnecessary.  Plaintiff contends that prison

21   officials have withheld his legal property after he paroled from prison on April 18, 2014.  Plaintiff

22   seeks a court order directing the return of his legal property.

23          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

24   636(b)(1)(B) and Local Rule 302.  On June 30, 2014, the Magistrate Judge filed a Findings and

25   Recommendation which was served on the parties and which contained notice to the parties that

26   Objections to the Findings and Recommendation were to be filed within twenty days.  No Objections

27   were filed.

28   ///

                                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed on June 30, 2014, is adopted in full; and

2.    Plaintiff's motion for reconsideration and/or request for a preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   September 4, 2014        _____

SENIOR  DISTRICT  JUDGE

2