UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>[ECF Nos. 59, 60] |

Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 12, 2014, the Court issued a Findings and Recommendation to dismiss the action for Plaintiff's failure to comply with a court order. Plaintiff submits that he has been in and out of emergency care for medical treatment.

Based on Plaintiff's representations in his motion and in the interest of justice, the Court hereby VACATES the Findings and Recommendations to dismiss the action, and Plaintiff's motion to extend the time to file objections is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **January 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1