**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>M.E. SPEARMAN, et al.,<br><br>Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER VACATING HEARING DATE OF JULY 8, 2015 AT 10:00 A.M.<br><br>[ECF No. 70] |

Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 8, 2015, Defendants filed a motion to compel discovery responses and request for sanctions. Because Plaintiff is out of custody, Defendants noticed their motion for hearing on July 8, 2015, at 10:00 a.m. before the undersigned. Local Rule 230(b). Pursuant to Local Rule 230(c), any opposition to the motion must be filed and served not less than fourteen (14) days preceding the noticed hearing date, i.e. June 24, 2015. Plaintiff did not file an opposition, and the Court finds that Defendants' motion to compel can be resolved without oral argument, and the hearing date of July 8, 2015, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **June 25, 2015**

UNITED STATES MAGISTRATE JUDGE