# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00246-AWI-SAB (PC)<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 2, 2015 AT 10:00 A.M.<br><br>[ECF No. 70] |

Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 24, 2015, Defendants filed a motion for terminating sanctions. Because Plaintiff is out of custody, Defendants noticed their motion for hearing on September 2, 2015, at 10:00 a.m. before the undersigned.

Inasmuch as the time to file an opposition has expired and briefing is complete under Local Rule 230(b)-(c), Defendants' motion for terminating sanctions can be resolved without oral argument, and the hearing date of September 2, 2015, is HEREBY VACATED. The matter is taken under submission.

IT IS SO ORDERED.

Dated:   **August 20, 2015**

UNITED STATES MAGISTRATE JUDGE

1